IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3388-KLM

AMBROSE CRUZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
HEATHER R. JOSSI, #07059, and
KEITH VALENTINE,

    Defendants.

## DEFENDANTS' NOTICE OF ERRATA REGARDING EXHIBITS FILED WITH DEFFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants City and County of Denver, Heather Jossi, and Keith Valentine, by and through their undersigned counsel, hereby respectfully submit this Notice of Errata regarding Exhibits Filed with Defendants' Motion for Summary Judgment on October 19, 2022 [ECF 59]. The exhibits filed with Defendants' Motion for Summary Judgment had the following errors:

1. Exhibit C filed as ECF 59-3 needs to have the designation of 96:14-19, 99:4-8 removed. Attached please find Amended Exhibit C.

2. The designation of 96:14-19, 99:4-8 is a designation for Exhibit E, filed as ECF 59-5. In addition, Exhibit E had the following missing designation 102:15-18. Attached please find Amended Exhibit E

3. Document filed as ECF 59-6 is not part of the Motion for Summary Judgment and should be disregarded.

4. Exhibits G and I were accidently not filed with the Motion for Summary Judgment and are attached as Exhibit G Plaintiff's Arrest Record and Exhibit I Plaintiff's Denver Health Record.

WHEREFORE, Defendants respectfully request this Court to accept this Notice with the Amended Exhibits.

Dated this 21st day of October 2022.

Respectfully submitted,

*s/ Robert A. Weiner, Esq.*
Robert A. Weiner, Esq.
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
Email: ringela@hallevans.com
          weinerr@hallevans.com

Clayton J. Ankney, Esq.
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Tel: (720) 913-3100
Fax: (720) 913-3155
Email:  clayton.ankney@denvergov.org

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 21st day of October 2022, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Elizabeth Wang, Esq.
elizabethw@loevy.com

***Attorneys for Plaintiff***

                              s/ Nicole Marion          .
                              Legal Assistant
                              Hall & Evans, L.L.C.