IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No. 21-cv-3388-KAS | Date: July 2, 2024 |
| Courtroom Deputy: Laura Galera | FTR: Courtroom C-204* |

| *Parties:* | *Counsel:* |
|---|---|
| AMBROSE CRUZ, | Elizabeth Wang |
| | Megan Porter |
| Plaintiff, | Maria Makar |
| v. | |
| CITY AND COUNTY OF DENVER, ET AL., | Andrew Ringel |
| | Robert Weiner |
| Defendants. | |

### COURTROOM MINUTES

**FINAL PRETRIAL, TRIAL PREPARATION AND JURY INSTRUCTIONS CONFERENCE**

**Court in session:** 1:33 p.m.

Appearances of counsel.

Discussion regarding length of trial, 702 motions, witnesses testifying by deposition, joint exhibit list, proposed voir dire questions, preliminary jury instructions, stipulated facts and demonstrative exhibits.

The Court will admit stipulated exhibits *en masse.*

Each side is limited to 25 minutes for voir dire.

The Court will select a jury of nine with each side exercising three peremptory strikes.

**ORDERED:** Parties to file amended stipulated facts no later than **July 19, 2024.**

**ORDERED:** Parties to submit a Proposed First Amendment Instruction **no later than July 19, 2024.**

**ORDERED:**   Parties to submit updated witness lists **no later than August 2, 2024.**

**ORDERED:**   Parties shall exchange exhibits **no later than July 19, 2024.** Any objections to exhibits are due **no later than August 2, 2024**.

**ORDERED:**   The Court enters a sequestration order.

Counsel shall provide 2 flash drives (one for the jury and one for the court reporter) and 2 exhibit notebooks (one for the Court and one for the witness stand).

Counsel to contact chambers if they wish to set a Status Conference.

Counsel shall contact the Courtroom Deputy **thirty days prior to trial** for any special accommodation requests and to schedule technology training, if needed.

The Final Pretrial Order is signed and entered with interlineations.

**Court in recess:**     3:03 p.m.

Hearing concluded.
Total time:                01:30

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.