IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3388-KAS

AMBROSE CRUZ

      Plaintiff,

      v.

CITY AND COUNTY OF DENVER,
KEITH VALENTINE, and
HEATHER JOSSI

      Defendants.

## AMENDED JOINT STIPULATED FACTS

Plaintiff and Defendants, by and through their respective attorneys, hereby respectfully submit this Amended Joint Stipulated Facts as follows:

1. The date/time stamps reflected in Denver police officers' body-worn camera (BWC) video is Greenwich Mean Time, which is six (6) hours ahead of Mountain Time.

2. The body-worn camera (BWC) video produced in this litigation have a buffering mode. The BWC continuously loops a video recording for up to 30 seconds before the recording is started by the officer. While buffering, video only (no audio) is being recorded.

3. For the body-worn camera (BWC) videos produced by Denver, the last name of the officer is indicated in the filename for the video.

4. Time stamps on HALO camera and AirOne video reflect Mountain Time

zone.

5. Demonstrations in Denver in response to the killing of George Floyd began on May 28, 2020, and continued until, at least, June 2, 2020.

6. Denver Mayor Michael Hancock proclaimed an emergency curfew that was in place from 8:00 p.m. on May 30, 2020, until 5:00 a.m. on May 31, 2020; from 8:00 p.m. on May 31, 2020, until 5:00 a.m. June 1, 2020; from 9:00 p.m. on June 1, 2020, until 5:00 a.m. on June, 2, 2020; from 9:00 p.m. on June 2, 2020, until 5:00 a.m. on June 3, 2020; from 9:00 p.m. on June 3, 2020, until 5:00 a.m. on June 4, 2020, and; from 9:00 p.m. on June 4, 2020, until 5:00 a.m. on June 5, 2020.

7. Plaintiff Ambrose Cruz attended protests related to the killing of George Floyd in Denver.

8. Defendant Keith Valentine was an officer with the Denver Police Department who worked the protests in May and June 2020.

9. Defendant Heather Jossi was an officer with the Denver Police Department who worked the protests in May and June 2020.

Dated this 19th day of July, 2024.

s/ *Elizabeth Wang*          .
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff Ambrose Cruz*

Megan Porter
Maria A. Makar
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
porter@loevy.com
*Counsel for Plaintiff Ambrose Cruz*

s/ *Andrew D. Ringel*          .
Andrew D. Ringel
Robert A. Weiner
Katherine N. Hoffman
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
ringela@hallevans.com
weinerr@hallevans.com
hoffmank@hallevans.com

*Counsel for Defendants*
*City and County of Denver,*
*Keith Valentine and Heather Jossi*

## **CERTIFICATE OF SERVICE (CM/ECF)**

 I hereby certify that on this 19th day of July, 2024, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

Elizabeth Wang, Esq.
elizabethw@loevy.com

Megan Porter, Esq.
porter@loevy.com

Maria A. Makar, Esq.
makar@loevy.com

                s/ Nicole Marion            .
                Legal Assistant
                Hall & Evans, L.L.C.